# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-3262
LT Case No. 2022-CF-000714-A

———————————————————

MATTHEW ALLAN ROGERS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

W. Charles Fletcher, of Law Offices of W. Charles Fletcher, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Appellee.

March 19, 2026

PER CURIAM.

    AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____